■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN F. HEARNE, Appellant.—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Rockland County (Nelson, J.), imposed November 20, 1986.

Ordered that the sentence is affirmed and the case is remitted to the County Court, Rockland County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Mollen, P. J., Mangano, Thompson and Bracken, JJ., concur.